UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 25-60352-CIV- DIMITROULEAS

JANE DOE,

    Plaintiff,

vs.

CITY OF COCONUT CREEK,

    Defendant.
_____/

## Order Granting Plaintiff's Motion for Leave to Proceed Anonymously Through Public Filings

THIS MATTER is before the Court upon the Plaintiff's Motion for Leave to Proceed Anonymously Through Public Filings, filed April 24, 2025 [DE 8]. The Court has carefully considered the Motion and the Court file and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Motion [DE 8] is hereby **GRANTED**.

2.     Prior to Calendar Call, Plaintiff shall inform the Court whether she seeks leave to proceed anonymously at trial.

**DONE AND ORDERED** in Fort Lauderdale, Broward County, Florida, this 25th day of April, 2025.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies Provided:

Counsel of Record