UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE,  CASE NO.: 0:25-cv-60352-WPD

    Plaintiff,

v.

CITY OF COCONUT CREEK, a
Florida municipal corporation,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE; GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT**

THIS CAUSE is before the Court upon Defendant City of Coconut Creek's Motion to Dismiss Plaintiff's Amended Complaint and Defendant's Motion to Strike, filed August 27, 2025. [DE 27]. The Court has carefully considered the Motion [DE 27], Plaintiff Jane Doe's Response [DE 28], Defendant's Reply [DE 29], and is otherwise fully advised in the premises. The Court held a hearing on Defendant's Motion on November 7, 2025. This Order memorializes the Court's rulings made at that hearing.

Accordingly, for the reasons stated on the record at the November 7, 2025 hearing, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Defendant's Motion to Strike [DE 27] is **GRANTED**;

2. In amending her Complaint, Plaintiff failed to meet the requirements set forth in the Court's July 30, 2025 Order Granting Motion to Dismiss. *See* [DE 25].

3. The Amended Complaint is hereby **DISMISSED** as an impermissible shotgun pleading;

4. The time-barred allegations outside of the 300-day period prior to Plaintiff's Charge of Discrimination with the EEOC and the FCHR are hereby **STRICKEN**;

5. Plaintiff is granted leave to file a second amended complaint, consistent with this Order, on or before **November 17, 2025.**

6. In amending her complaint, Plaintiff is specifically directed that she **MUST** (1) clearly identify which alleged acts were discriminatory based on Plaintiff's sex; (2) clearly identify which alleged acts were retaliatory and which protected conduct that particular retaliation corresponds to; (3) not reincorporate prior allegations in any count unless those allegations support the particular claim asserted in that count; and (4) state within each count the specific, clear factual allegations sufficient to establish the legal elements of that claim; and (5) not include superfluous, confusing and/or time-barred allegations.

7. Failure to comply with these requirements **SHALL** result in dismissal with prejudice.

8. Defendant may reassert any arguments raised in the Motion as to any second amended complaint, to the extent they remain applicable.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of November, 2025.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record