UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE,  CASE NO.: 0:25-cv-60352-WPD

    Plaintiff,

v.

CITY OF COCONUT CREEK, a
Florida municipal corporation,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court upon Plaintiff's Motion to Extend by One Additional Day the Time to Amend the Complaint, filed November 24, 2025. [DE 37]. The Court has carefully considered the Motion [DE 37], and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Motion [DE 37] is **GRANTED**;

2.     The deadline for Plaintiff to file a second amended complaint is hereby extended to **November 25, 2025.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of November, 2025.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record